UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61925-CIV-ZLOCH

ANTHONY STROBRIDGE

      Petitioner,

vs.                                                     <u>O R D E R</u>

WALTER A. McNEIL,

      Respondent.
_____/

      THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Patrick A. White, Petitioner Strobridge's Objections To The Report And Recommendation Of Magistrate Judge (DE 15), and the Petitioner Anthony Strobridge's Petition For Writ Of Habeas Corpus By A Person In State Custody (28 U.S.C. § 2254) (DE 1).  The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Petitioner Strobridge's Objections To The Report And Recommendation Of Magistrate Judge (DE 15) be and the same are hereby **OVERRULED**;

      2. The Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

3. Petitioner Anthony Strobridge's Petition For Writ Of Habeas Corpus By A Person In State Custody (28 U.S.C. § 2254) (DE 1) be and the same is hereby **DENIED**; and

4. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of May, 2011.

　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record